UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN JAMES HICKS                                                                         PLAINTIFF
ADC # 138964

v.                            CASE NO. 5:11cv00125 BSM/BD

DOES                                                                                        DEFENDANTS

## ORDER

Plaintiff Brian James Hicks ("Hicks") has filed a motion to voluntarily dismiss his complaint [Doc. No. 5]. The motion is GRANTED. Because Hicks has not been granted *in forma pauperis* status, no fees will be assessed against him. His claims are DISMISSED without prejudice.

IT IS SO ORDERED this 8th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE