UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRIAN JAMES HICKS**                                                                                           **PLAINTIFF**
**ADC # 138964**

v.                           CASE NO. 5:11cv00125 BSM/BD

**DOES**                                                                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE